```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO. 10-23340-CIV-LENARD
                        MAGISTRATE JUDGE P.A. WHITE

TERRANCE MCCLOUD,            :

     Plaintiff,              :

v.                           :     REPORT RE TRANSFER
                                    TO CORRECT VENUE
WALTER MCNEIL,               :

     Defendant(s).           :
_____
```

The plaintiff, Terrance McCloud filed a <u>pro se</u> civil rights complaint alleging he is being provided with an inadequate diet at Franklin Correctional Institution ("CI").

Walter McNeil and the Department of Corrections are located in Tallahassee, in the Northern District of Florida. The plaintiff is confined at Franklin CI, located in the Northern District of Florida, where the alleged violations took place.

The appropriate venue provision in this case is 28 U.S.C. §1391(b). <u>Clark v. Harp</u>, 737 F.Supp. 676 (D. D.C. 1990); <u>Harley v. Oliver</u>, 400 F.Supp. 105 (W.D. Ark. 1975). That section provides in relevant part that a case not based on diversity of citizenship should be brought in the judicial district where any defendant resides or where a substantial part of the events or omissions giving rise to the claim occurred or a substantial part of property that is the subject of the action is situated. Transfer under 28 U.S.C. §1404 includes the convenience of the parties and witnesses, relative ease of access to sources of proof, the cost of obtaining the attendance of witnesses and other practical factors that would make the trial of the case easy, expeditious and inexpensive. <u>See</u>:

<u>Stateline Power Corp. V Kremer</u>, 404 F. Supp 2nd 1373 (US Dist. Fla. 2005).

In the interests of justice and convenience of the parties and witnesses, it is recommended that this case be transferred to the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. §1406(a).

Objections to this Report may be filed within fourteen days following receipt.

Dated this 28th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   TerranceL. McCloud, <u>Pro Se</u>
      Franklin Correctional Institution
      1760 Hwy 67 North
      Carrabelle, FL 32322